**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ALEKSANDR IUZHAKOV, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:16-cv-02034 (KBJ) |
| JOHN FLATCHER, *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

On September 13, 2018, Defendants filed a motion to dismiss, or in the alternative, for summary judgment (*see* Mot., ECF No. 9.)  The Court advised the *pro se* plaintiff of his obligations under the Federal Rules of Civil Procedure and the local rules of this Court to respond to the motion, and specifically warned him that if he did not respond to motion by October 31, 2018, the Court may treat the motion as conceded.  (*See* ECF No. 10.)  To date, Plaintiff has neither filed an opposition to Defendants' motion nor has he requested additional time to do so.  Therefore, the Court will **GRANT** Defendants' motion to dismiss as conceded and **DISMISS** Plaintiff's complaint without prejudice.  Defendants' alternative request for summary judgment will **DENIED** as moot.

A separate order accompanies this memorandum opinion.

DATE:  January 31, 2019

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge